UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MANUEL GARZA, JR., | § | |
|   Petitioner | § | |
| | § | |
| V. | § | CASE NO. SA-09-CA-528-OG |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|   Respondent. | § | |

## PETITIONER'S ADVISORY TO THE COURT

COMES NOW MANUEL GARZA, JR., the Petitioner, and files this advisory to the Court to inform the Court that the subsequent state habeas corpus application was timely filed on June 18, 2010 in the appropriate state court as ordered by this Court.

            Respectfully submitted,

            LAW OFFICE OF MICHAEL C. GROSS, P.C.

            /s/ Michael C. Gross
            Michael C. Gross
            State Bar No. 08534480
            106 South St. Mary's Street, Suite 260
            San Antonio, Texas 78205
            (210) 354-1919
            (210) 354-1920 (Fax)

            Attorney for the Petitioner,
            MANUEL GARZA, JR.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of June 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Tina Miranda, Assistant Attorney General, P.O. Box 12548, Austin, Texas 78711-2548 , and I certify that there are no non-CM/ECF participants.

      /s/ Michael C. Gross