FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2012 JAN 26 PM 4: 28

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

| | |
|---|---|
| MANUEL GARZA, JR., <br>     Petitioner <br><br> V. <br><br> NATHANIEL QUARTERMAN, <br> Director, Texas Department of <br> Criminal Justice, Correctional <br> Institutions Division, <br>     Respondent. | CASE NO. SA-09-CA-528-OG |

## APPENDIX OF EXHIBITS

## FOR

## AMENDED PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

MICHAEL C. GROSS
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas 78205
(210) 354-1919
(210) 354-1920 Fax

Attorney for the Petitioner,
MANUEL GARZA, JR.